# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Inga-Lena Puttner; Dan Dalton

V.

Debt Consultants of America; United Collection Bureau, Inc.; Client Services, Inc.; Frederick J. Hanna & Associates, P.C.; First Platinum Corporation; Omni Credit Services of Florida, Inc.; DOES 1 through 10 inclusive

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv123-WQH-NLS

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to Rule 68, Judgment is entered in favor of Plaintiffs Inga-Lena Puttner and Dan Dalton and against Defendant Client Services, Inc. in the sum of $7,000.00, inclusive of costs incurred, and pursuant to all other terms of the Offer of Judgment.

| September 8, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Cruz
(By) M. Cruz, Deputy Clerk
ENTERED ON September 8, 2009