Jeremy S. Golden (SBN 228007)
3130 Bonita Road Suite 200-B
Chula Vista, CA 91910
jeremy@efaganlaw.com
Tel: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

FILED
2009 DEC 10  AM 10: 46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGA-LENA PUTTNER, et al. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DEBT CONSULTANTS OF )<br>AMERICA; et al, )<br>)<br>Defendants )<br>)<br>)<br>_____ ) | Case No.: 09cv123-WQH-NLS<br><br>**Order Dismissing<br>Action with Prejudice**<br><br><br><br><br><br><br>The Honorable William Q. Hayes |

Pursuant to the parties' Joint Motion this court hereby dismisses this action with prejudice.

IT IS SO ORDERED

DATE: 12/9/09                    BY: _____
                                       UNITED STATES DISTRICT JUDGE